IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**PENSACOLA MOTOR SALES,**
a Florida corporation, d/b/a
**BOB TYLER TOYOTA,**

      **Plaintiff,**

v.                                    **Case No.** 3:09cv571/RS-MD

**EASTERN SHORE TOYOTA, LLC,**
an Alabama Limited Liability Company;
**DAPHNE AUTOMOTIVE, LLC,** an
Alabama Limited Liability Company;
**SHAWN ESFAHANI, Individually;**
and **DAPHNE ENTERPRISES, INC.,**
an Alabama Corporation,

      **Defendants.**

_____/

## ORDER

Before me is Plaintiff's notice of filing its second amended complaint (Doc. 51). The Clerk is directed to file the second amended complaint attached to Plaintiff's motion (Doc. 51-1) as a separate docket entry dated June 4, 2010.

**ORDERED** on June 7, 2010.

                                      **/s/ Richard Smoak**
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**