**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PENSACOLA MOTOR SALES,
a Florida corporation, d/b/a
BOB TYLER TOYOTA,

        Plaintiff,

vs.                                     CASE NO. 3:09cv571/RS-MD

EASTERN SHORE TOYOTA, LLC, an
Alabama Limited Liability Company;
DAPHNE AUTOMOTIVE, LLC, an
Alabama Limited Liability Company;
SHAWN ESFAHANI, Individually;
and DAPHNE ENTERPRISES, INC.,
an Alabama corporation,

        Defendants.

_____/

## ORDER

Before me is Plaintiff's Motion For Leave For Bring Electronic Devices Into The Court (Doc. 143). The attorneys for the parties shall be permitted to bring laptop computers, i-pads, and similar devices to the courtroom. Cellular telephones will not be permitted.

        **ORDERED** on September 23, 2010.


                         /S/ Richard Smoak_____
                         **RICHARD SMOAK
                         UNITED STATES DISTRICT JUDGE**