IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PENSACOLA MOTOR SALES,
a Florida corporation, d/b/a
BOB TYLER TOYOTA,

    Plaintiff,

vs.                                      CASE NO. 3:09cv571/RS-MD

EASTERN SHORE TOYOTA, LLC, an
Alabama Limited Liability Company;
DAPHNE AUTOMOTIVE, LLC, an
Alabama Limited Liability Company;
SHAWN ESFAHANI, Individually;
and DAPHNE ENTERPRISES, INC.,
an Alabama corporation,

    Defendants.
_____/

## ORDER

The relief requested by Plaintiff's Unopposed Motion For Limited Appearance By Gustavo Sardiño (Doc. 141) will be granted upon Mr. Sardiño's filing the required petition for admission, to be followed promptly by a certificate of good standing..

**ORDERED** on September 23, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**