# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**PENSACOLA MOTOR SALES,**
a Florida corporation, d/b/a
**BOB TYLER TOYOTA,**

      **Plaintiff,**

v.                                **Case No. 3:09cv571/RS-MD**

**EASTERN SHORE TOYOTA, LLC,**
an Alabama Limited Liability Company;
**DAPHNE AUTOMOTIVE, LLC, an**
Alabama Limited Liability Company;
**SHAWN ESFAHANI, Individually;**
and **DAPHNE ENTERPRISES, INC.,**
an Alabama Corporation,

      **Defendants.**

_____/

## ORDER

    Plaintiff's motion for clarification (Doc. 149) is **denied.**

**ORDERED** on September 24, 2010.

                        **/s/ Richard Smoak**
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**