# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**PENSACOLA MOTOR SALES,**
a Florida corporation, d/b/a
**BOB TYLER TOYOTA,**

    **Plaintiff,**

v.                                        Case No. 3:09cv571/RS-MD

**EASTERN SHORE TOYOTA, LLC,**
an Alabama Limited Liability Company;
**DAPHNE AUTOMOTIVE, LLC,** an
Alabama Limited Liability Company;
**SHAWN ESFAHANI, Individually;**
and **DAPHNE ENTERPRISES, INC.,**
an Alabama Corporation,

    **Defendants.**

_____/

## ORDER

Defendant's motion for reconsideration (Doc. 150) is **denied.**

**ORDERED** on September 24, 2010.

                        **/s/ Richard Smoak**
                        RICHARD SMOAK
                        UNITED STATES DISTRICT JUDGE