

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

PENSACOLA MOTOR SALES, INC.,
a Florida Corporation, d/b/a
BOB TYLER TOYOTA,

     Plaintiff,

v.

CASE NO.:  3:09-CV-00571-CIV-RS-MD

EASTERN SHORE TOYOTA, LLC.,
An Alabama Limited Liability Company,
DAPHNE AUTOMOTIVE, LLC.,
An Alabama Limited Liability Company,
DAPHNE ENTERPRISES, INC.,
An Alabama corporation, and
SHAWN ESFAHANI,
An individual,

     Defendants.

_____/

## VERDICT FORM

We, the jury, return the following verdict:

### 1. ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT

**Interrogatory No. 1**: Did Plaintiff prove by a preponderance of the evidence that any of the Defendants acted in a manner that constituted a violation of the Anticybersquatting Consumer Protection Act?

     Answer "Yes" or "No":     _Yes_

**If your answer is "No," then you have found a verdict for Defendants and you should sign and return the verdict form.  If your answer is "Yes," then proceed to Interrogatory 2.**

**Interrogatory No. 2:** As to each of the domain names listed below, which Defendants acted in a manner that constitutes a violation of the Anticybersquatting Consumer Protection Act?

     Answer "Yes" or "No" for each Defendant for each domain name.

     a.  www.bobtylersuzukiquotes.com

FILED IN OPEN COURT THIS

9/30/10

CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

Eastern Shore Toyota, LLC _____Ye3_____

Daphne Automotive, LLC _____N_____

Daphne Enterprises, Inc. _____N_____

Shawn Esfahani _____N_____

b. www.bobtylerprices.com

Eastern Shore Toyota, LLC _____N_____

Daphne Automotive, LLC _____N_____

Daphne Enterprises, Inc. _____N_____

Shawn Esfahani _____N_____

c. www.bobtylerquotes.com

Eastern Shore Toyota, LLC _____N_____

Daphne Automotive, LLC _____N_____

Daphne Enterprises, Inc. _____N_____

Shawn Esfahani _____N_____

d. www.bobtylertoyotaprices.com

Eastern Shore Toyota, LLC _____Ye3_____

Daphne Automotive, LLC _____N_____

Daphne Enterprises, Inc. _____N_____

Shawn Esfahani _____N_____

e. www.bobtylertoyotapreowned.com

Eastern Shore Toyota, LLC _____N_____

Daphne Automotive, LLC _____N_____

Daphne Enterprises, Inc. _____N_____

Shawn Esfahani _____N_____

2

f.  www.bobtylertoyotainventory.com

Eastern Shore Toyota, LLC _____

Daphne Automotive, LLC _____

Daphne Enterprises, Inc. _____

Shawn Esfahani _____

g.  www.bobtylerusedsuzuki.com

Eastern Shore Toyota, LLC _____

Daphne Automotive, LLC _____

Daphne Enterprises, Inc. _____

Shawn Esfahani _____

h.  www.bobtylerusedcarquotes.com

Eastern Shore Toyota, LLC _____

Daphne Automotive, LLC _____

Daphne Enterprises, Inc. _____

Shawn Esfahani _____

i.  www.bobtylerusedcars.com

Eastern Shore Toyota, LLC _____

Daphne Automotive, LLC _____

Daphne Enterprises, Inc. _____

Shawn Esfahani _____

j.  www.bobtylerpreowned.com

Eastern Shore Toyota, LLC _____

Daphne Automotive, LLC _____

Daphne Enterprises, Inc. _____

Shawn Esfahani _____

k.  www.bobtylertoyotaquotes.com

    Eastern Shore Toyota, LLC    ___Yes___

    Daphne Automotive, LLC    ___N___

    Daphne Enterprises, Inc.    ___N___

    Shawn Esfahani    ___N___

l.  www.bobtylertoyotausedcars.com

    Eastern Shore Toyota, LLC    ___N___

    Daphne Automotive, LLC    ___N___

    Daphne Enterprises, Inc.    ___N___

    Shawn Esfahani    ___N___

m. www.tyletoyota.com

    Eastern Shore Toyota, LLC    ___N___

    Daphne Automotive, LLC    ___N___

    Daphne Enterprises, Inc.    ___N___

    Shawn Esfahani    ___N___

n.  www.tylrtoyota.com

    Eastern Shore Toyota, LLC    ___N___

    Daphne Automotive, LLC    ___N___

    Daphne Enterprises, Inc.    ___N___

    Shawn Esfahani    ___N___

**If the answer is "Yes" to Interrogatory No. 2 as to any Defendant, then you should proceed to Interrogatory No. 3.**

**Interrogatory No. 3**: Did any of the Defendants have a reasonably held belief that their use of the domain names was a fair use or otherwise lawful?

    Answer "Yes" or "No":    ___Yes___

4

**If your answer is "No," proceed to part 2.**

**If your answer is "Yes," then which Defendants believed that the use of the domain names was a fair use or otherwise lawful?**

Answer "Yes" or "No" for each Defendant.

| | |
|---|---|
| Eastern Shore Toyota, LLC | Yes |
| Daphne Automotive, LLC | Yes |
| Daphne Enterprises, Inc. | Yes |
| Shawn Esfahani | Yes |

**If your answer is "Yes" as to all Defendants, then you have found a verdict for all Defendants and you should sign, date, and return the verdict form. If your answer is "No" as to any Defendant, proceed to part 2.**

## 2. DAMAGES

Please indicate as to each domain name for which you found a Defendant or Defendants responsible for committing an act in violation of the Anti-Cybersquatting Consumer Protection Act the damages you attribute to the use of that domain name.

a.  www.bobtylersuzukiquotes.com        $ _____

b.  www.bobtylerprices.com        $ _____

c.  www.bobtylerquotes.com        $ _____

d.  www.bobtylertoyotaprices.com        $ _____

e.  www.bobtylertoyotapreowned.com        $ _____

f.  www.bobtylertoyotainventory.com        $ _____

g.  www.bobtylerusedsuzuki.com        $ _____

5

h.  www.bobtylerusedcarquotes.com          $ _____

i.  www.bobtylerusedcars.com               $ _____

j.  www.bobtylerpreowned.com               $ _____

k.  www.bobtylertoyotaquotes.com           $ _____

l.  www.bobtylertoyotausedcars.com         $ _____

m.  www.tyletoyota.com                     $ _____

n.  www.tylrtoyota.com                     $ _____

TOTAL:          $ _____

**SO SAY WE ALL.**

## CERTIFICATION

**You have now reached the end of the verdict form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces provided below. Once you have completed, reviewed and signed this form, please notify the bailiff that the jury has reached a verdict.**

Name_____ **Redacted**

Signed_

Dated: September 30, 2010

6