UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PENSACOLA MOTOR SALES INC., a
Florida Corporation d/b/a BOB TYLER
TOYOTA

 VS           CASE NO.  3:09cv571-RS/MD

EASTERN SHORE TOYOTA LLC, an
Alabama Limited Liability Company;
DAPHNE AUTOMOTIVE LLC, an
Alabama Limited Liability Company;
SHAWN ESFAHANI, an Individual; and
DAPHNE ENTERPRISES INC., an
Alabama Corporation

## JUDGMENT

This action came before the Court and a jury with the Honorable Richard Smoak presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Defendants, Eastern Shore Toyota LLC, Daphne Automotive LLC, Shawn Esfahani, and Daphne Enterprises, Inc., and against the Plaintiff, Pensacola Motor Sales, Inc.

            SHEILA HURST-RAYBORN
            ACTING CLERK OF COURT

 October 1, 2010       *s/ Kristin Cowdell*
DATE           Deputy Clerk: Kristin Cowdell