IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PENSACOLA MOTOR SALES,
a Florida corporation, d/b/a
BOB TYLER TOYOTA,

    Plaintiff,
vs.                                            CASE NO. 3:09cv571/RS-MD

EASTERN SHORE TOYOTA, LLC, an
Alabama Limited Liability Company;
DAPHNE AUTOMOTIVE, LLC, an
Alabama Limited Liability Company;
SHAWN ESFAHANI, Individually;
and DAPHNE ENTERPRISES, INC.,
an Alabama corporation,

    Defendants.
_____/

## AMENDED ORDER
### (Correcting Docket Entry # For Motion)

Plaintiff's Motion In Limine (Doc. 123) is **denied**.

**ORDERED** on October 6, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**