# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION


**PENSACOLA MOTOR SALES,**
**a Florida corporation, d/b/a**
**BOB TYLER TOYOTA,**

      **Plaintiff,**

**v.**                                                   **Case No. 3:09cv571/RS-MD**


**EASTERN SHORE TOYOTA, LLC,**
**an Alabama Limited Liability Company;**
**DAPHNE AUTOMOTIVE, LLC, an**
**Alabama Limited Liability Company;**
**SHAWN ESFAHANI, Individually;**
**and DAPHNE ENTERPRISES, INC.,**
**an Alabama Corporation,**

      **Defendants.**

_____/

## ORDER

Before me are Defendants' bill of costs (Doc. 177) and Plaintiff's motion to stay the bill of costs (Doc. 179).

**IT IS ORDERED:**

    1.)    Plaintiff's motion to stay (Doc. 179) is denied.

2.)     The Clerk is directed to tax costs against Plaintiff in the amount of

$2,565.10 for Defendants' expenses for printed or electronically

recorded transcripts obtained for use in the case.

3.)     Taxation of costs is denied as to Defendants' expenses for travel,

Westlaw research, and long-distance phone calls.

4.)     Taxation of costs is denied as to the $993.05 Defendants claim in

copy expenses because Defendants have failed to demonstrate

pursuant to 18 U.S.C. § 1920(4) that these copies were "necessarily

obtained for use in the case."  The Clerk may consider a supplemental

bill of costs for copies should Defendants submit proper itemized

documentation of their copy expenses.


**ORDERED** on November 12, 2010.


**/s/ Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT J**