IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PENSACOLA MOTOR SALES,
a Florida corporation, d/b/a
BOB TYLER TOYOTA,

    Plaintiff,

vs.                                               CASE NO. 3:09cv571/RS-MD

EASTERN SHORE TOYOTA, LLC, an
Alabama Limited Liability Company;
DAPHNE AUTOMOTIVE, LLC, an
Alabama Limited Liability Company;
SHAWN ESFAHANI, Individually;
and DAPHNE ENTERPRISES, INC.,
an Alabama corporation,

    Defendants.
_____/

## ORDER

Plaintiff's Motion For New Trial (Doc. 180) is **denied**.


**ORDERED** on November 16, 2010.


                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**